## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PAUL SINCLAIR AND KELLY WELLS SINCLAIR,

          Petitioners

          v.

FIRST GLOBAL EXPRESS, INC. AND YAKOV R. MELNIK,

          Respondents

: No. 401 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.